Search this site

Home | About | Contact | News | Counseling | Students | Library | Athletics | Committees | Schedules & Calendars | Aeries + Haiku | Course Pages | Sitemap

Students >

# Discipline

- Academic Honesty
- Attendance Policy
- Clubs
- Code of Conduct
- Discipline
- FLEX
- Forms & Registration Links
- P.E. Uniforms
- Visitors on Campus

Contents

1 Definitions
1.1 Detention
1.2 Suspension
1.3 Expulsion
1.4 SARB
1.5 Fighting
1.6 Loss of Eligibility
1.7 Transfer
2 Discipline Grid

## Definitions

### Detention

Time outside of the regular school day spent in supervised study.
In-school suspension
Alternative to regular suspension. The student spends his or her day in supervised study.

### Suspension

Off campus and under the supervision and responsibility of the parents/guardians (1 to 5 days per offense). An attempt will be made to notify parents. All suspensions will count toward 20 maximum set by state law. Once 20 days is reached the district is obligated to find an alternative. The alternative could be expulsion.

### Expulsion

Removal from school district for a determined amount of time, and conditions are usually set for re-admittance at the end of that time, recommended by the Principal. Hearing set before an administrative panel, or neutral hearing officer.

### SARB

School Attendance Review Board. Has the power to refer students and/or families to the legal justice system, Child Protective Services, counseling services, and alternative education programs.

### Fighting

When a student engages in behavior or activities that will lead to a fight, both students will be held responsible for the fight regardless of who swung or struck the first blow. Both students will be disciplined accordingly. Some behavior or activities that lead to a fight can be: quarreling, name calling, exchanging threats, exchanging obscenities, mutually agreeing to meet to fight, etc.

### Loss of Eligibility

Student will not be able to participate in or attend any sports event, sports practices, or extra-curricular activities during the period of suspension. For certain actions, loss of eligibility will be for one quarter.

### Transfer

Student is sent to continuation high school, or if out-of-district, is sent back to their district of residence.

## Discipline Grid

(Does not limit legal discretion and Board Policy)

| | 1st Level | 2nd Level | 3rd Level |
|---|---|---|---|
| Absences/tardies (3 or more unexcused) | 1) Teacher contact parent<br>2) Declared "Habitual Truant"<br>3) Detention (lunch & after school)<br>4) Loss of extracurricular eligibility | 1) Referral to administrator<br>2) Parent notification<br>3) Loss of extracurr. eligibility<br>4) SART Referral<br>5) Excessive absences may result in failing grades | 1) SARB r |
| Arson—setting or attempting to set fires | 1) 5 day suspension<br>2) Parent/student restitution<br>3) Police report<br>4) Parent conference<br>5) Expulsion recommended | | |
| Assault/Battery | 1) 5 day suspension | 1) 5 day suspension | |

Case 3:17-cv-02478-JD Document 2-2 Filed 05/01/17 Page 2 of 3

| | | | |
|---|---|---|---|
| (staff or student) | 2) Parent notification<br>3) Police report<br>4) Expulsion recommended | 2) Parent conference<br>3) Police report<br>4) Expulsion recommended | |
| Causing Serious Injury (that requires medical treatment) | 1) 5 day suspension<br>2) Parent conference<br>3) Police report<br>4) All teachers notified<br>5) Expulsion recommended | 1) 5 day suspension<br>2) Parent conference<br>3) Police report<br>4) All teachers notified<br>5) Expulsion recommended | |
| Cheating/Plagiarism | 1) "F" on exam/assignment<br>2) Parent nofication/ conference<br>3) Referral to Assistant Principal<br>4) Class suspension and/or warning and detention | 1) "F" on exam/assignment<br>2) Parent conference<br>3) Referral to Assistant Principal<br>4) 1-3 day suspension | 1) "F" on e<br>2) Parent c<br>3) Referral<br>4) 3-5 day |
| Defiance—willfully defying teachers or administrators | 1) Detention or class suspension<br>2) Parent, teacher, counselor, administrator conference | 1) 1-2 day class suspension<br>2) 1-3 day suspension<br>3) Parent, teacher, counselor, administrator conference | 1) 3 day cl<br>2) 3-5 day<br>3) Parent/t conference<br>4) Alternat |
| Disruption—water balloons, eggs, squirt guns, horseplay, play fighting, dress code | 1) Detention or class suspension<br>2) Parent notification<br>3) Confiscation | 1) 2 day class suspension<br>2) 2-5 day suspension<br>3) Parent notification<br>4) Confiscation | 1) 1-2 day<br>2) 1-5 day<br>3) Parent c<br>4) Confisca |
| Drug or tobacco paraphernalia | 1) Detention or class suspension<br>2) Parent conference | 1) 1-3 day suspension<br>2) Parent conference<br>3) Police report | 1) 1-5 day<br>2) Parent c<br>3) Police r |
| Electronics/Skatebo —phones, music players, and other prohibited devices | 1) Confiscation one week or until parent meets with an administrator and retrieves the item | 1) Confiscation one week | 1) Confisca |
| Falsifying Records —forged notes, passes, imitating parent/guardian | 1) 1-2 day class suspension<br>2) Parent notification/conference<br>3) Cancellation of positions of trust | 1) 3-5 day suspension<br>2) Parent notification/conference<br>3) Cancellation of positions of trust | 1) 5 day su<br>2) Parent n<br>3) Cancella trust |
| Fighting—no injury (pertains to both students involved in a fight and spectators/facilitator | 1) 1-3 day suspension<br>2) Parent conference for conflict resolution<br>3) Police report | 1) 3-5 day suspension<br>2) Parent notification<br>3) Parent conference for conflict resolution<br>4) Alternate placement | 1) 5 day su<br>2) Parent n<br>3) Parent c resolution<br>4) Expulsio |
| Fighting—injury | 1) 1-5 day suspension<br>2) Parent conference for conflict resolution<br>3) Police report | 1) 3-5 day suspension<br>2) Parent conference for conflict resolution<br>3) Expulsion recommended<br>4) Police report | |
| Fire Alarms—pulling fire alarms | 1) 3 day suspension<br>2) Parent conference<br>3) Police report | 1) 5 day suspension<br>2) Parent conference<br>3) Police report<br>4) Alternate placement considered | |
| Gambling | 1) 1-3 day detention<br>2) Confiscation of equipment<br>3) Parent notification | 1) 1-3 day suspension<br>2) Confiscation of equipment<br>3) Parent notification | |
| Harassment—sexual | 1) 1-5 day suspension<br>2) Parent notification<br>3) Conference w/ student counselor, administrator<br>4) Board regulations provided | 1) 3-5 day suspension<br>2) Alternate placement<br>3) Counselor referral/transfer | 1) 5 day su<br>2) Parent n<br>3) Alternat |
| Harassment—hazing, bullying, emotional, physical, ethinic, racial, cyberbullying | 1) 1-3 day class suspension<br>2) Parent conference<br>3) Police action, if warranted<br>4) Counselor referral | 1) 3-5 day suspension<br>2) Parent conference<br>3) Police report<br>4) Counselor referral<br>5) Alternative placement recommended | 1) 5 day su<br>2) Parent c<br>3) Police r<br>4) Counse<br>5) Alternat recommen |
| Controlled Substances—arrange or negotiate the sale of | 1) 5 day suspension<br>2) Parent conference<br>3) Police report & counselor referral<br>4) Brethalyzer test | | |
| Tobacco or nicotine —possesion or use | 1) Class suspension<br>2) Parent notification | 1) 1-2 day suspension<br>2) Parent conference | 1) 2-3 day<br>2) Parent c |
| Technology misuse (suspect internet search, hacking) | 1) 1-3 day detention<br>2) Class suspension<br>3) Parent notification<br>4) Warning<br>5) Technology ban (1 week) | 1) 1-3 day suspension<br>2) Parent conference<br>3) Technology ban (2 weeks)<br>4) Police report | 1) 5 day su<br>2) Parent c<br>3) Technol period)<br>4) Police r |
| Theft/Possession of stolen property | 1) 1-2 day in-school suspension<br>2) Parent conference<br>3) Restitution<br>4) Counselor referral<br>5) Police report | 1) 3-5 day suspension<br>2) Parent conference<br>3) Restitution<br>4) Police report<br>5) Alternate placement | 1) 5 day su<br>2) Parent c<br>3) Police r<br>4) Expulsio |
| Threats—staff or student | 1) 1-3 day suspension<br>2) Parent conference<br>3) Counselor referral<br>4) Police report | 1) 3-5 day suspension<br>2) Parent conference<br>3) Counselor referral<br>4) Police report<br>5) Alternate placement | 1) 5 day su<br>2) Parent c<br>3) Police r<br>4) Expulsio |
| Verbal Abuse—directed at staff or student (ethnic or racial) | 1) Class suspension<br>2) 1-2 day suspension<br>3) Parent notification | 1) 1-3 day suspension<br>2) Parent/teacher/admin conference | 1) Student |
| Vandalism—graffiti, and damage or misuse of school property | 1) Class/in-school suspension<br>2) Restitution, clean-up<br>3) Parent conference<br>4) Loss of privileges<br>5) Police report | 1) 3-5 day suspension<br>2) Restitution, clean-up<br>3) Parent conference<br>4) Loss of privileges<br>5) Police report<br>6) Alternative placement recommended | 1) 5 day su<br>2) Restitut<br>3) Parent c<br>4) Loss of<br>5) Police r<br>6) Alternat |
| Weapons or | 1) 5 day suspension | | |

| | | | |
|---|---|---|---|
| Weapons or explosives (firearms, knives, explosives and other dangerous objects) | 1) 5 day suspension<br>2) Expulsion recommended | | |

Sheet1

>
<

Albany Unified School District is committed to providing a website that is accessible to everyone that visits our site. If you have difficulty accessing any of the information on this site or have any recommendations on how we may be able to make our site more accessible, please let us know by emailing jmanibusuan@ausdk12.org

Sign in | Report Abuse | Print Page | Powered By Google Sites