LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:  (925) 974-8600
Facsimile:   (925) 974-8601
E-Mail: lleone@leonealberts.com
         kalberts@leonealberts.com
         sgordon@leonealberts.com

Attorneys for Defendants
ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ALBANY HIGH SCHOOL, VALERIE WILLIAMS, JEFF ANDERSON, MELISA PFOHL, CHARLES BLANCHARD, JACOB CLARK and KIM TRUTANE

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SHEN, et al.<br>    Plaintiffs,<br>vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | Lead Case No.:   3:17-cv-02478-JD<br><br>Related Case Nos.:  3:17-cv-02767-JD<br>                              3:17-cv-03418-JD<br>                              4:17-cv-03657-JD |
| RICK ROE, a minor et al.<br>    Plaintiffs,<br>vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | Date:<br>Time:<br>Ctrm: 11, 19th Floor<br>Judge: Hon. James Donato<br><br>**F.R.C.P Rule 68 ACCEPTANCE OF OFFER and [PROPOSED] JUDGMENT** |
| JOHN DOE, a minor,<br>    Plaintiffs,<br>vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | |

|   |
|---|
| C.E., through his guardian, C.E.,<br>        Plaintiff,<br>vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>        Defendants. |

Plaintiff, Nick Noe, through his guardians ad litem, Mother and Father of Nick Noe, and his attorneys of record, hereby accepts the Rule 68 Offer of Judgment of the ALBANY UNIFIED SCHOOL DISTRICT on the terms and conditions set forth below. Said Offer of Judgment was personally served on March 8, 2018 and accepted on March 15, 2018.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, ALBANY UNIFIED SCHOOL DISTRICT hereby offers to allow judgment to be entered against it in favor of plaintiff, Nick Noe, through his guardians ad litem, Mother and Father of Nick Noe, in the sum of $80,000.00. This offer is exclusive of costs and attorney fees related to said plaintiff as determined by the court.

This offer shall be in full satisfaction of all federal and state law claims or rights that said plaintiff may have to damages, equitable or injunctive relief or any other form of relief, arising out of the alleged acts or omissions of defendant, ALBANY UNIFIED SCHOOL DISTRICT or any official, employee (past or present), or agent, either past or present, of the ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL, DISTRICT BOARD OF EDUCATION, ALBANY HIGH SCHOOL, VALERIE WILLIAMS, JEFF ANDERSON, MELISA PFOHL, CHARLES BLANCHARD, JACOB CLARK and KIM TRUTANE or any agency thereof, in connection with the facts, allegations and circumstances that are the subject of this action.

This offer is not an admission of liability by any of the Defendants or that said plaintiff has suffered any damages, but rather is made solely for the purpose of compromising a disputed claim. Judgment shall only be entered in favor of said plaintiff as against the Albany Unified School District.

Dated: March 26, 2018

DARRYL D. YORKEY

_____
DARRYL D. YORKEY, ESQ.
Attorney for Plaintiffs PHILIP SHEN, NIMA KORMI, MICHAEL BALES, KEVIN CHEN, C.E., and NICK NOE

Dated: March 26, 2018

ALAN BECK

_____
ALAN BECK, ESQ.
Attorney for Plaintiffs PHILIP SHEN, NIMA KORMI, MICHAEL BALES, KEVIN CHEN, C.E., and NICK NOE

BEEKMAN CORTES LLP

Dated: March 26, 2018

_____
CATHERINE BEEKMAN, ESQ.
Attorney for Plaintiff, NICK NOE

## JUDGMENT

Pursuant to the acceptance of the Rule 68 Offer, Judgment is hereby entered in favor of Nick Noe as against the ALBANY UNIFIED SCHOOL DISTRICT on the above stated terms.

Dated:_____

_____
Honorable Judge James Donato,
United States District Court, Northern District of California

Approved as to Form:

Dated: 3/27/18

_____
LOUIS A. LEONE, ESQ.
Attorney for the Albany Unified School District