LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:     (925) 974-8601
E-Mail: lleone@leonealberts.com
            kalberts@leonealberts.com
            sgordon@leonealberts.com

Attorneys for Defendants
ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL
DISTRICT BOARD OF EDUCATION, ALBANY HIGH SCHOOL,
VALERIE WILLIAMS, JEFF ANDERSON, MELISA PFOHL,
CHARLES BLANCHARD, JACOB CLARK and KIM TRUTANE

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SHEN, et al.<br><br>   Plaintiffs,<br><br>   vs.<br><br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br><br>   Defendants. | **Lead Case No.:**    3:17-cv-02478-JD<br><br>**Related Case Nos.:** 3:17-cv-02767-JD<br>                         3:17-cv-03418-JD<br>                         4:17-cv-03657-JD |
| RICK ROE, a minor et al.<br><br>   Plaintiffs,<br><br>   vs.<br><br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br><br>   Defendants. | **STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIM**<br><br><br><br>Judge: Hon. James Donato |
| JOHN DOE, a minor,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br><br>   Defendants. | |
| C.E., through his guardian, C.E.,<br><br>   Plaintiff,<br><br>   vs.<br><br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br><br>   Defendants. | |

STIPULATION AND PROPOSED ORDER                     Lead Case No.:  3:17 – cv – 02478 – JD

1 WHEREAS, on December 5, 2017, plaintiffs Philip Shen and Kevin Chen filed a first amended complaint in Case No. 3:17-cv-02478 (ECF No. 112). On the same day, plaintiff C.E. filed an identical first amended complaint in Case No. 3:17-cv-03657 (ECF No. 42). The first amended complaints filed by Shen, Chen, and C.E. ("Plaintiffs") are identical and both contain a seventeenth cause of action entitled "Respondeat Superior."

WHEREAS, prior to the filing of Defendants' motion to dismiss Plaintiffs' first amended complaints, counsel for the parties met and conferred and Plaintiffs' counsel agreed to voluntarily dismiss the Respondeat Superior claims.

WHEREAS, in reliance on Plaintiffs' representation, Defendants did not include the Respondeat Superior claims in their motion to dismiss.

WHEREAS, based on Plaintiffs' agreement to dismiss the claim, counsel for the parties hereby agree and stipulate that the seventeenth cause of action contained in the first amended complaints filed in Case Nos. 3:17-cv-02478 and 3:17-cv-03657 should be dismissed with prejudice.

**IT IS HEREBY STIPULATED** that the seventeenth cause of action for Respondeat Superior contained in the first amended complaints filed in Case Nos. 3:17-cv-02478 and 3:17-cv-03657 should be dismissed with prejudice.

Dated: May 29, 2018           **LEONE & ALBERTS**

/s/Seth L. Gordon
SETH L. GORDON, ESQ.
Attorney for Defendants

Dated: May 29, 2018           **DARRYL D. YORKEY**

/s/Darryl D. Yorkey
DARRYL D. YORKEY, ESQ.
Attorney for Plaintiffs PHILIP SHEN, NIMA KORMI, MICHAEL BALES, AND KEVIN CHEN and Attorney for Plaintiff, C.E.

Dated: May 29, 2018                **ALAN BECK**

/s/Alan Beck
ALAN BECK, ESQ.
Attorney for Plaintiffs PHILIP SHEN, NIMA KORMI, MICHAEL BALES, AND KEVIN CHEN Attorney for Plaintiff, C.E.

Dated: May 29, 2018                **CATHERINE A. BEEKMAN**

/s/Catherine A. Beekman
CATHERINE A. BEEKMAN, ESQ.
Attorney for Plaintiff, C.E.

I, Seth L, Gordon, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with Local Rule 5-1(i)(3), I hereby attest that attorneys Darryl D. Yorkey, Alan Beck, and Catherine Beekman have concurred in this filing.

/s/Seth L. Gordon
SETH L. GORDON, ESQ.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED.  The seventeenth cause of action (entitled Respondeat Superior) contained in the first amended complaint filed by plaintiffs Philip Shen and Kevin Chen in Case No. 3:17-cv-02478 is hereby dismissed with prejudice. The seventeenth cause of action contained in the first amended complaint filed by plaintiff C.E. in Case No. 3:17-cv-03657, which is also entitled "Respondeat Superior," is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: _____ 2018

Hon. James Donato
Judge of the United States District Court
Northern District of California