LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:     (925) 974-8601
E-Mail: lleone@leonealberts.com
         kalberts@leonealberts.com
         sgordon@leonealberts.com

Attorneys for Defendants
ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ALBANY HIGH SCHOOL, VALERIE WILLIAMS, JEFF ANDERSON, MELISA PFOHL, CHARLES BLANCHARD, JACOB CLARK and KIM TRUTANE

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SHEN, et al.<br>    Plaintiffs,<br>  vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | **Lead Case No.:**       3:17-cv-02478-JD<br><br>**Related Case Nos.:** 3:17-cv-02767-JD<br>                                   3:17-cv-03418-JD<br>                                   4:17-cv-03657-JD |
| RICK ROE, a minor et al.<br>    Plaintiffs,<br>  vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | **STIPULATION AND [PROPOSED] ORDER REMOVING JOHN SHEN AS GUARDIAN AD LITEM** |
| JOHN DOE, a minor,<br>    Plaintiffs,<br>  vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | Judge: Hon. James Donato |
| C.E., through his guardian, C.E.,<br>    Plaintiff,<br>  vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | |

WHEREAS, John Shen is currently designated as the guardian ad litem for his son Philip Shen who is a named plaintiff in the above captioned action.

WHEREAS, Plaintiff Philip Shen turned 18 years old in March 2018, and is no longer a minor individual entitled to a guardian ad litem under Rule 17 of the Federal Rules of Civil Procedure.

WHEREAS, because Plaintiff Philip Shen is now an adult, his father John Shen has no right to control this litigation on behalf of his son and should be removed as guardian ad litem in this case.

**IT IS HEREBY STIPULATED** that John Shen be removed as guardian ad litem for his son Philip Shen, who has reached the age of majority and is now an adult.

Dated: May 29, 2018        **LEONE & ALBERTS**

/s/Seth L. Gordon
SETH L. GORDON, ESQ.
Attorney for Defendants

Dated: May 29, 2018        **DARRYL D. YORKEY**

/s/Darryl D. Yorkey
DARRYL D. YORKEY, ESQ.
Attorney for Plaintiffs PHILIP SHEN, NIMA KORMI, MICHAEL BALES, AND KEVIN CHEN and Attorney for Plaintiff, C.E.

Dated: May 29, 2018        **ALAN BECK**

/s/Alan Beck
ALAN BECK, ESQ.
Attorney for Plaintiffs PHILIP SHEN, NIMA KORMI, MICHAEL BALES, AND KEVIN CHEN Attorney for Plaintiff, C.E.

Dated: May 29, 2018           **CATHERINE A. BEEKMAN**

/s/Catherine A. Beekman
CATHERINE A. BEEKMAN, ESQ.
Attorney for Plaintiff, C.E.

I, Seth L. Gordon, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with Local Rule 5-1(i)(3), I hereby attest that attorneys Darryl D. Yorkey, Alan Beck, and Catherine Beekman have concurred in this filing.

/s/Seth L. Gordon
SETH L. GORDON, ESQ.

### [PROPOSED] ORDER

IT IS HEREBY ORDERED. Plaintiff Philip Shen is now an adult and no longer entitled to a guardian ad litem under Federal Rule of Civil Procedure 17. As such, John Shen is hereby removed as the guardian ad litem for Plaintiff Philip Shen.

**IT IS SO ORDERED.**

Date:  July 9           2018          _____
Hon. J[…]
Judge of […]
Northern […]

*[APPROVED stamp — Judge James Donato, United States District Court, Northern District of California]*