LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-Mail: lleone@leonealberts.com
         kalberts@leonealberts.com
         sgordon@leonealberts.com

Attorneys for Defendants
ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL
DISTRICT BOARD OF EDUCATION, ALBANY HIGH SCHOOL,
VALERIE WILLIAMS, JEFF ANDERSON, MELISA PFOHL,
CHARLES BLANCHARD, JACOB CLARK and KIM TRUTANE

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SHEN, et al.<br>    Plaintiffs,<br>vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | Lead Case No.:        3:17-cv-02478-JD<br><br>Related Case Nos.: 3:17-cv-02767-JD<br>                              3:17-cv-03418-JD<br>                              4:17-cv-03657-JD |
| RICK ROE, a minor et al.<br>    Plaintiffs,<br>vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | [PROPOSED] ORDER REQUIRING AT&T MOBILITY TO PRODUCE RECORDS |
| JOHN DOE, a minor,<br>    Plaintiffs,<br>vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | Judge: Hon. James Donato |
| C.E., through his guardian, C.E.,<br>    Plaintiff,<br>vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>    Defendants. | |

Following a discovery hearing held on July 19, 2018, good cause appearing, IT IS HEREBY ORDERED that AT&T Mobility (through its Agent for Service of Process, CT Corporation, 818 W Seventh Street, Suite 930, Los Angeles, CA 90017) shall produce the following:

1. All text logs and/or billing/usage records evidencing text message communications sent from or to the phone number **(510) 928-3537** between March 20, 2017 and April 5, 2017.

2. All text logs and/or billing/usage records evidencing text message communications sent from or to the phone number **(510) 570-0384** between March 20, 2017 and April 5, 2017.

3. All text logs and/or billing/usage records evidencing text message communications sent from or to the phone number **(510) 684-9035** between March 20, 2017 and April 5, 2017.

The records for the three phone numbers listed above shall be produced to Leone & Alberts PC, 2175 N. California Blvd., Suite 900 (c/o Louis A. Leone) within 20 days of service of this Order.

**IT IS SO ORDERED**

Dated: July 30, 2018



Hon.
Judge                                                                 Court

Judge James Donato

---

[PROPOSED] ORDER REQUIRING AT&T
TO PRODUCE RECORDS

Lead Case No.: 3:17 – cv – 02478 – JD