LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:      (925) 974-8601
E-Mail: lleone@leonealberts.com
           kalberts@leonealberts.com
           sgordon@leonealberts.com

Attorneys for Defendants
ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ALBANY HIGH SCHOOL, VALERIE WILLIAMS, JEFF ANDERSON, MELISA PFOHL, CHARLES BLANCHARD, JACOB CLARK and KIM TRUTANE

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SHEN, et al.<br>       Plaintiffs,<br>   vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>       Defendants. | **Lead Case No.:**     3:17-cv-02478-JD<br>**Related Case Nos.:** 3:17-cv-02767-JD<br>                              3:17-cv-03418-JD<br>                              4:17-cv-03657-JD |
| RICK ROE, a minor et al.<br>       Plaintiffs,<br>   vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>       Defendants. | [PROPOSED] **ENTRY OF JUDGMENT**<br><br>Judge: Hon. James Donato |
| JOHN DOE, a minor,<br>       Plaintiffs,<br>   vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>       Defendants. | |
| C.E., through his guardian, C.E.,<br>       Plaintiff,<br>   vs.<br>ALBANY UNIFIED SCHOOL DISTRICT, et al.<br>       Defendants. | |

     Having reviewed Defendants' Request for Entry of Judgment under Rule 58(d), and based on the fact that the Court has dismissed with prejudice all claims brought by Plaintiffs Kevin Chen and C.E. against all Defendants (see ECF Nos. 191 & 198), the Court hereby enters Judgment as follows:

     **JUDGMENT IS HEREBY ENTERED** against Plaintiffs Kevin Chen and C.E. and in favor of Defendants Albany Unified School District, Albany Unified School District Board of Education, Valerie Williams, Jeff Anderson, Melisa Pfohl, Charles Blanchard, Jacob Clark, and Kim Trutane in the above-captioned consolidated actions.

     **IT IS SO ORDERED.**

Date: July 27, 2020



Hon.
Judge
North

1