| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☐ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER *(Specify below)*

IN THE CASE OF _____ v. _____   FOR _____   AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED *(Show your full name)*: _____

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE *(describe if applicable & check box →)*   ☐ Felony   ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Self-Employed
Name and address of employer: REI, 840 Brannan St San Francisco, 94103
IF YES, how much do you earn per month? $ 2000
IF NO, give month and year of last employment? _____  How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes  ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes  ☒ No
RECEIVED   IF YES, give the amount received and identify the sources   $ _____   SOURCES _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, total amount? $ 4700

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, give value and description for each
VALUE: $ 9000   DESCRIPTION: Car

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ✓ Single / Married / Widowed / Separated or Divorced
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent | $ | $ 900 |
| Car Loan | $ 4600 | $ 165 |
| Credit Cards | $ 1700 | $ |
| Car Insurance | $ | $ 100 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT *(OR PERSON REPRESENTED)*   Date: 8/18/20