DARRYL D. YORKEY (SBN 280351)
P.O. Box 9636
Berkeley, California 94709
Telephone: (510) 221-6874
Fax: (888) 491-5926
Email: dyorkey@gmail.com

ALAN BECK (SBN 276646)
2962 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
Email: alan.alexander.beck@gmail.com

CATHERINE A. BEEKMAN (SBN 245605)
940 Adams Street, Suite J
Benicia, CA 94510
Telephone: (707) 346-3060
Fax: (707) 561-6646
Email: cate@beekmancortes.com

Attorneys for Plaintiffs:
Kevin Chen and C.E.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kevin Chen**, | |
| Plaintiff, | Case No.  3:17-cv-02478-JD (Lead Case)<br>3:17-cv-03657-JD |
| v. | |
| **ALBANY UNIFIED SCHOOL DISTRICT**; et al. | **DECLARATION OF KEVIN CHEN** |
| Defendants. | |
| **C.E.**, | |
| Plaintiff, | |
| v. | |
| **ALBANY UNIFIED SCHOOL DISTRICT**; et al. | |

-1-

-2-

Defendants.    )
               )
_____)

I, KEVIN CHEN, declare as follows:

1. I am the declarant and make all of the statements herein of my own personal knowledge, and if called before this Court or any other Court, I could and would testify competently to the following from my own personal knowledge.

2. I am one of the plaintiffs in this case that the Defendants are seeking costs from.

3. Last year I earned 1500 dollars. I earned this money through my work at Poke House.

4. This year I expect to earn $0. I am currently unemployed.

5. I did graduate high school. I am currently attending college at University of California at Santa Cruz, studying Economics. [I expect to earn Economics degree in (2022).]

6. My monthly expenses are:
   - Rent: $600
   - Utilities: $70
   - Food: $200

I declare, under penalty of perjury, that the following is true and correct.

Dated: 08/24/2020

*/s/ Kevin*
_____
Kevin Chen, Declarant