-1-

DARRYL D. YORKEY (SBN 280351)
P.O. Box 9636
Berkeley, California 94709
Telephone: (510) 221-6874
Fax: (888) 491-5926
Email: dyorkey@gmail.com

ALAN BECK (SBN 276646)
2962 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
Email: alan.alexander.beck@gmail.com

CATHERINE A. BEEKMAN (SBN 245605)
940 Adams Street, Suite J
Benicia, CA 94510
Telephone: (707) 346-3060
Fax: (707) 561-6646
Email: cate@beekmancortes.com

Attorneys for Plaintiffs:
Kevin Chen and C.E.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILIP SHEN**, et al. ) | |
| ) | Case No.   3:17-cv-02478-JD (Lead Case) |
| Plaintiffs, ) | 3:17-cv-02767-JD |
| ) | 3:17-cv-03418-JD |
| v. ) | 3:17-cv-03657-JD |
| ) | |
| **ALBANY UNIFIED SCHOOL** ) | **DECLARATION OF C.E.** |
| **DISTRICT**; et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| **JOHN DOE**, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |

-2-

|  |  |
|---|---|
| v. | ) |
|  | ) |
| **ALBANY UNIFIED SCHOOL DISTRICT**; et al. | ) ) ) |
|  | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

|  |  |
|---|---|
| **C.E.**, through his Guardian C.E. Mother, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **ALBANY UNIFIED SCHOOL DISTRICT**; et al. | ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |

I, C.E., declare as follows:

      1.    I am the declarant and make all of the statements herein of my own personal knowledge, and if called before this Court or any other Court, I could and would testify competently to the following from my own personal knowledge.

      2.    I am one of the plaintiffs in this case that the Defendants are seeking costs from.

      3.    Last year I earned __**18000**__ dollars. I earned this money through my work at __**REI**__.

      4.    This year I expect to earn ____**20000**____. I am now working at ___**REI**__.

-3-

5. I did not graduate high school, but got my G.E.D. I am currently attending community college at ___**Skyline Community College**___, studying ____**Biology**____. [I plan to transfer..] [I expect to earn ___**bachelors**___ degree in (**2023**).]

6. My monthly expenses are:

- Rent: $900

- Utilities: $50

- Phone bill: $0

- Health insurance: $0

- Food: $200

- Car: $200

- Car insurance: $100

- [others]

7. I owe [whom, how much, what for].

$4600 to Upstart Loan company for my car loan.

$4000 to Skyline Community College for tuition.

I declare, under penalty of perjury, that the following is true and correct.

Dated: ____8/19/20_____

Signed: *[signature]*

-4-

DECLARATION OF C.E.            Case No.   3:17-cv-02478-JD (Lead Case)
                                                                                                                  3:17-cv-02767-JD
                                                                                              3:17-cv-03418-JD
                                                                                              3:17-cv-03657-JD